FILE COPY

No. 07-14-00032-CV

| | | |
|---|---|---|
| BP America Production Company<br>  Appellant | § | From the 31st District Court<br>  of Lipscomb County |
| | § | |
| v. | | May 18, 2015 |
| | § | |
| Red Deer Resources, LLC<br>  Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 18, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered, adjudged and decreed that appellee, Red Deer Resources, LLC, does have and recover of and from the appellant, BP America Production Company, as principal, and Fidelity and Deposit Company of Maryland, as surety, the amount of $25,000, together with all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o